

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Allan Michael McCarty, Appellant

No. 06-19-00041-CR     v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 27451). Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect the Statute of Offense as "481.113(c) TEXAS HEALTH AND SAFETY CODE." As modified, the judgment of the trial court is affirmed.

We note that the appellant, Allan Michael McCarty, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED AUGUST 22, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk